PROB 12C
(6/16)

Report Date: April 18, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Melissa C. Clark      Case Number: 0980 2:15CR00144-SMJ-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344; Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1); Possession of Stolen Mail, 18 U.S.C. § 1708

Original Sentence:    Prison - 24 months      Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:    Russell E. Smoot      Date Supervision Commenced: December 19, 2018

Defense Attorney:    J Houston Goddard      Date Supervision Expires: December 18, 2021

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/24/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: On March 11, 2019, Ms. Clark admitted to being in possession of methamphetamine while an inmate at the Spokane County Jail. |
| | On December 19, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Clark, as outlined in the judgment and sentence. She signed a copy of the judgment acknowledging the requirements. |
| | On March 12, 2019, the undersigned officer received notification from the Washington State Department of Corrections that Melissa Clark had been found in possession of contraband while in custody at the Spokane County Jail. |
| | According to the Spokane County Sheriff's Office field case report (#2019-10032459), on March 11, 2019, officers were dispatched to the Spokane County Jail in reference to a drug call involving an inmate. Based on reports written by jail staff and video surveillance of the holding cell, Ms. Clark was in a holding cell with two other female inmates when she was |

Prob12C
Re: Clark, Melissa C
April 18, 2019
Page 2

seen sitting on the toilet and "starts to dig at her crotch area alternating hands." At some point, Ms. Clark retrieved something white in color, which she appeared to open and hand over to another inmate, who then put the unknown item in her mouth. Ms. Clark was seen handing something over to the third inmate in the cell, who was seen wrapping the unknown item with a piece of toilet paper. After receiving a tampon from the correctional officer, the third female was seen laying a piece of paper down on the bench in the cell and crushing its contents with the tampon's applicator. The inmate then kneels on the floor and snorts whatever she had crushed on the paper. She then shoved the wrapped substance and the tampon applicator down the back of her pants. Based on the video surveillance, it "appears this is when it was shoved into her rectum."

When officers questioned the offender, Ms. Clark admitted to pulling methamphetamine out of her vagina, which she had concealed prior to her arrival at the jail. She further informed officers that she had given methamphetamine to one of the inmates in exchange for a sleeping pill, which she ingested while in the cell.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/18/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

04/18/2019
Date